UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

<u>CHARLES WESTON ELSEA, JR.</u>,

      Plaintiff,

v.                                   No.:    3:14-cv-219-PLR-HBG

<u>JASON WOODALL</u>,

      Defendant.

## **<u>MEMORANDUM AND ORDER</u>**

This is a *pro se* prisoner's civil rights complaint under 42 U.S.C. § 1983, in which the plaintiff paid the filing fee. Plaintiff is in the custody of the Tennessee Department of Correction (TDOC) and currently incarcerated in the Morgan County Correctional Complex. He brings this action against Jason Woodall, who is the deputy commissioner of the TDOC and whose office is in Nashville, Tennessee, for incidents that occurred at the Riverbend Maximum Security Institution in Nashville, Tennessee, and the Bledsoe County Correctional Complex in Pikeville, Tennessee. Venue for § 1983 actions is governed by 28 U.S.C. § 1391(b), which requires that an action be brought in the judicial district where one of the defendants resides, if all defendants reside in the same State, or where the claim arose. In this instance, it is apparent that the defendant does not reside in this judicial district and that the claims arose in more than one district.

The defendant resides in Nashville, Tennessee, which is within the Middle District of Tennessee. 28 U.S.C. § 123(b)(1). Accordingly, the Clerk is **DIRECTED** to transfer this case to the United States District Court for the Middle District of Tennessee, Nashville Division, at Nashville, Tennessee. 28 U.S.C. § 1406(a).

E N T E R :  _____
           **UNITED STATES DISTRICT JUDGE**

2

Case 3:14-cv-00219-PLR-HBG   Document 3   Filed 05/29/14   Page 2 of 2   PageID #: 44